# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gritzner, James E. | U.S. District Court SDIA | 05/09/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Status | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

U.S. Courthouse
123 East Walnut Street
Des Moines, IA
50309

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/09/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Acct. #1 | D | Dividend | M | T | | | | | |
| 2. -USB Cash Reseerves Fund | A | Dividend | J | T | | | | | |
| 3. -Columbia Acorn Tr. Fd. A | C | Dividend | | | Sold | 03/24/15 | J | A | |
| 4. -1st Eagle Global Fd | A | Dividend | K | T | Sold (part) | 03/24/15 | J | B | |
| 5. -Ivy Asset Strategy | B | Dividend | | | Sold | 03/24/15 | J | B | |
| 6. -Templeton Global Total Return | A | Dividend | | | Sold | 03/24/15 | J | A | |
| 7. -Double Line Total Return | A | Dividend | K | T | Sold (part) | 01/23/15 | J | | |
| 8. | | | | | Sold (part) | 03/24/15 | J | | |
| 9. | | | | | Sold (part) | 04/23/15 | J | | |
| 10. | | | | | Sold (part) | 07/24/15 | J | | |
| 11. | | | | | Sold (part) | 10/23/15 | J | | |
| 12. IRA#1 | E | Dividend | O | T | | | | | |
| 13. -USB Liquid Assets Fd | | | | | | | | | |
| 14. -Angel Oak Multi-strat inc. | | | | | Sold (part) | 12/14/15 | K | | |
| 15. -FPA Crescent | | | | | | | | | |
| 16. -Franklin Value Invs Tr | | | | | | | | | |
| 17. -Deutsche Global Inf. | | | | | Sold (part) | 03/25/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 08/14/15 | K | | |
| 19. -Eagle MLP Strategy | | | | | Sold (part) | 09/14/15 | J | | |
| 20. -FPA Crescent | | | | | | | | | |
| 21. -Guggenheim Macro Opp | | | | | Buy (add'l) | 03/25/15 | K | | |
| 22. | | | | | Sold (part) | 04/24/15 | J | | |
| 23. | | | | | Sold (part) | 07/08/15 | K | | |
| 24. | | | | | Sold (part) | 08/28/15 | J | | |
| 25. | | | | | Sold (part) | 10/27/15 | J | | |
| 26. | | | | | Sold (part) | 12/14/15 | K | | |
| 27. -HSBC Frontier Mkts | | | | | Buy | 10/16/15 | K | | |
| 28. -Ishares Trust S&P 500 | | | | | Sold (part) | 04/23/15 | J | A | |
| 29. | | | | | Buy (add'l) | 06/26/15 | J | | |
| 30. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 31. | | | | | Buy (add'l) | 08/28/15 | J | | |
| 32. | | | | | Sold (part) | 10/16/15 | J | A | |
| 33. -Matthews Asia | | | | | Buy (add'l) | 06/25/15 | J | | |
| 34. | | | | | Buy (add'l) | 08/27/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 10/02/15 | J | A | |
| 36. -MFS Intl. Value | | | | | | | | | |
| 37. -Morgan Stanley Ser | | | | | Buy | 10/19/15 | K | | |
| 38. -PIMCO All Assets | | | | | Buy (add'l) | 06/03/15 | J | | |
| 39. | | | | | Sold (part) | 10/20/15 | J | | |
| 40. -Spider S&P Div. | | | | | Sold (part) | 03/13/15 | K | D | |
| 41. | | | | | Sold (part) | 04/24/15 | J | B | |
| 42. | | | | | Sold | 06/25/15 | J | B | |
| 43. -TCW total Return Bd. | | | | | | | | | |
| 44. -Wells Fargo Adv Abs Ret. | | | | | Buy (add'l) | 06/12/15 | J | | |
| 45. | | | | | Sold (part) | 08/07/15 | J | | |
| 46. | | | | | Sold (part) | 08/27/15 | K | | |
| 47. | | | | | Sold | 09/09/15 | J | | |
| 48. -Wisdomtree Tr Midcap | | | | | Buy (add'l) | 03/13/15 | K | | |
| 49. | | | | | Sold (part) | 04/24/15 | J | A | |
| 50. | | | | | Sold (part) | 08/14/15 | J | | |
| 51. IRA #2 | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Actavis PLC/Allergan PLC | | | | | Buy | 05/06/15 | J | | |
| 53. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 54. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 55. | | | | | Sold | 11/16/15 | J | B | |
| 56. -Ameriprise Financial Inc. | | | | | Buy | 05/06/15 | J | | |
| 57. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 58. | | | | | Buy (add'l) | 08/26/15 | J | | |
| 59. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 60. -Apple Inc. | | | | | Buy | 05/06/15 | J | | |
| 61. | | | | | Buy (add'l) | 08/26/15 | J | | |
| 62. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 63. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 64. -Boeing Company | | | | | Buy | 05/06/15 | J | | |
| 65. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 66. | | | | | Buy (add'l) | 08/26/15 | J | | |
| 67. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 68. -Cognizant Tech Solutions | | | | | Buy | 05/06/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 70. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 71. -Colgate Palmolive Co. | | | | | Buy | 05/06/15 | J | | |
| 72. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 73. | | | | | Buy (add'l) | 08/26/15 | J | | |
| 74. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 75. -Comcast Corp New Clk | | | | | Buy | 05/06/15 | J | | |
| 76. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 77. | | | | | Buy (add'l) | 08/26/15 | J | | |
| 78. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 79. -CVS Health Corp. | | | | | Buy | 05/06/15 | J | | |
| 80. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 81. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 82. -Danaher Corp. | | | | | Buy | 05/06/15 | J | | |
| 83. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 84. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 85. -Ebay Inc. | | | | | Buy | 05/06/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 87. | | | | | Sold | 07/13/15 | J | A | |
| 88. -Ecolab Inc. | | | | | Buy | 05/06/15 | J | | |
| 89. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 90. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 91. -Facebook Inc. | | | | | Buy | 05/18/15 | J | | |
| 92. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 93. | | | | | Buy (add'l) | 08/26/15 | J | | |
| 94. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 95. -Google Inc. | | | | | Buy | 05/06/15 | J | | |
| 96. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 97. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 98. -Hilton Worldwide Holdings | | | | | Buy | 05/06/15 | J | | |
| 99. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 100. | | | | | Buy (add'l) | 08/26/15 | J | | |
| 101. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 102. -Home Depot Inc. | | | | | Buy | 05/06/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 104. | | | | | Sold (part) | 08/26/15 | J | A | |
| 105. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 106.  -Honeywell Intl. | | | | | Buy | 10/22/15 | J | | |
| 107.  -Icon PLC Eur De | | | | | Buy | 05/06/15 | J | | |
| 108. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 109. | | | | | Sold | 08/19/15 | J | A | |
| 110.  -Illinois Toolworks Inc. | | | | | Buy | 05/06/15 | J | | |
| 111. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 112. | | | | | Buy (add'l) | 08/26/15 | J | | |
| 113. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 114.  -ITC Holdings Corp. | | | | | Buy | 05/06/15 | J | | |
| 115. | | | | | Sold | 06/15/15 | J | | |
| 116.  -Intercontinental Exchange Grp | | | | | Buy | 05/06/15 | J | | |
| 117. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 118. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 119.  -Invesco Ltd | | | | | Buy | 05/06/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 121. | | | | | Buy (add'l) | 08/26/15 | J | | |
| 122. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 123. -McKesson Corp. | | | | | Buy | 05/26/15 | J | | |
| 124. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 125. | | | | | Buy (add'l) | 08/26/15 | J | | |
| 126. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 127. -Metronic PLC | | | | | Buy | 05/06/15 | J | | |
| 128. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 129. | | | | | Buy (add'l) | 08/26/15 | J | | |
| 130. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 131. -Myland N V Eur De | | | | | Buy | 05/06/15 | J | | |
| 132. | | | | | Sold (part) | 05/18/15 | J | | |
| 133. | | | | | Buy (add'l) | 08/10/15 | J | | |
| 134. | | | | | Buy (add'l) | 08/26/15 | J | | |
| 135. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 136. -OReilly Automotive Inc. | | | | | Buy | 05/06/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 138. | | | | | Sold (part) | 08/26/15 | J | A | |
| 139. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 140. -Parexel Intl. | | | | | Buy | 08/19/15 | J | | |
| 141. | | | | | Sold (part) | 08/26/15 | J | | |
| 142. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 143. -Qualcomm Inc. | | | | | Buy | 05/06/15 | J | | |
| 144. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 145. | | | | | Sold | 08/10/15 | J | | |
| 146. -Red Hat Inc. | | | | | Buy | 11/17/15 | J | | |
| 147. -Rockwell Automation Inc. | | | | | Buy | 05/06/15 | J | | |
| 148. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 149. | | | | | Buy (add'l) | 08/26/15 | J | | |
| 150. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 151. -Rockwell Collins | | | | | Buy | 05/06/15 | J | | |
| 152. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 153. | | | | | Buy (add'l) | 08/26/15 | J | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 155. -Starbucks Corp. | | | | | Buy | 05/06/15 | J | | |
| 156. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 157. | | | | | Sold (part) | 08/26/15 | J | A | |
| 158. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 159. -Thermo Risher Scientific | | | | | Buy | 05/06/15 | J | | |
| 160. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 161. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 162. -Time Warner Inc. | | | | | Buy | 10/19/15 | J | | |
| 163. -TJX Cos. Inc. | | | | | Buy | 05/06/15 | J | | |
| 164. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 165. | | | | | Sold (part) | 08/26/15 | J | A | |
| 166. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 167. -T Rowe Price Group | | | | | Buy | 05/06/15 | J | | |
| 168. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 169. | | | | | Buy (add'l) | 08/26/15 | J | | |
| 170. | | | | | Buy (add'l) | 09/01/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 10/19/15 | J | | |
| 172.  -United Technologies Corp. | | | | | Buy | 05/06/15 | J | | |
| 173. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 174. | | | | | Buy (add'l) | 08/26/15 | J | | |
| 175. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 176.  -Yum Brands | | | | | Buy | 05/06/15 | J | | |
| 177. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 178. | | | | | Buy (add'l) | 08/26/15 | J | | |
| 179. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 180. | | | | | Sold | 10/22/15 | J | | |
| 181.  West Des Moines State Bank | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gritzner, James E. | 05/09/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

Line 3, Columbia Acorn Tr. Fd. A, should have been reported as sold part.

Lines 28-32 regarding Ishares Trust S&P 500 correctly reflect the asset; however, that will indicate a discrepancy from the prior year at lines 33-35. The broker erroneously lumped the Ishares Russell 2000 with the Ishares Trust S&P 500 entries. The Ishares Russell 2000 should have been reported as sold all on 2/14/14, with a value of K and a gain of C. The two buys on lines 34 and 35 were correct for Ishares Trust S&P 500.

Kayne Anderson Total Ret. should have been shown as sold at line 41 of the prior year report, having been disposed of on 04/15/14.

Brokerage Account #2 was closed 09/25/14, but a new IRA Account #2 was opened 04/24/15, by journaling amounts from IRA #1.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ James E. Gritzner

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544